UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RONITA HARRIS | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-286-TJW-CE |
| | § | |
| ACTION CHRYSLER JEEP DODGE, INC., ET AL. | § | |

**ORDER**

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 30), which contains his recommendation that the court grant the defendant TT of Mississippi, Inc.'s ("TT") motion to dismiss (Dkt. No. 21), has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, TT's motion is GRANTED, and the plaintiff's claims against TT are dismissed without prejudice.

SIGNED this 1st day of September, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE