# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RONITA HARRIS, Individually and as Next Friend to D.R. H., a Minor | § § § | |
| vs. | § | CASE NO. 2:09-CV-286-DF-CE |
| ACTION CHRYSLER JEEP DODGE, INC., et al. | § § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 52) has been presented for consideration. The report recommends that the court grant defendant Sam Stevens Motors, Inc.'s ("Stevens") motion to dismiss for lack of personal jurisdiction (Dkt. No. 27). Plaintiff filed an objection to the report and recommendation and requested additional time to conduct jurisdictional discovery (Dkt. No. 57).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Stevens's motion to dismiss is GRANTED, and Plaintiff's request for additional time to conduct jurisdictional discovery is DENIED.

SIGNED this 28th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE